MICHAEL T. CARLSON, ESQ., SBN 184674
JOHN F. GEARY, ESQ., SBN 137777
MATTHEW K. GOOD, ESQ., SBN 226962
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: 707/545-1660
Facsimile: 707/545-1876

Attorneys for Plaintiff
CHRISTINA SCHOENTHAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SCHOENTHAL,<br><br>Plaintiff,<br><br>v.<br><br>ALSCO, INC.; DENNIE BUNCH; KIM NICOL; DARREN HILDENBRAND; and DOES 1 – 50, Inclusive,<br><br>Defendants. | CASE NO.: 13-cv-05614-WHO<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER** |

WHEREAS on December 4, 2013, plaintiff Christina Schoenthal ("Plaintiff") filed her Complaint against defendants Alsco, Inc., Dennie Bunch, Kim Nicol, and Darren Hildenbrand (collectively, "Defendants") (Doc. No. 1).

WHEREAS, Plaintiff and Defendants wish to resolve this case without further litigation.

WHEREAS, Plaintiff and the Defendants have agreed to bear their fees and costs incurred in connection with this action, including any work done prior to the filing of this lawsuit.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, by and through her attorneys, and Defendants, by and through their attorneys, that the Court enter the accompanying proposed order dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(l)(A)(ii).

DATED: 2/23/2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

for Charles Thompson

By: ______________________
Charles L. Thompson, IV
Jill V. Cartwright

Attorneys for Defendants
ALSCO, INC.; DENNIE BUNCH; KIM NICOL; and DARREN HILDENBRAND

DATED: January 7, 2015

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By: ______________________
Michael T. Carlson, Esq.
John F. Geary
Matthew K. Good

Attorneys for Plaintiff
CHRISTINA SCHOENTHAL

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL,
GRATTAN &
MITCHELL
P.C.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This action is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 26, 2015

Honorable William Orrick
United States District Court Judge
Northern District of California

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL,
GRATTAN &
MITCHELL
P.C.

**ECF ATTESTATION**

I, John F. Geary, am the ECF user whose identification and password are being used to file this STIPULATION TO DISMISS ACTION WITH PREJUDICE AND PROPOSED ORDER. Pursuant to Civil L.R. 5-1(i)(3) and General Order 45, I hereby attest that Charles L. Thompson, IV concurs in this filing.

Dated: Jan 7, 2015 /s/ John F. Geary
John F. Geary

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL,
GRATTAN &
MITCHELL
P.C.